FILED'11 JUL 6 12:29USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SUZANNE MILES

      Petitioner,           Civ. No. 09-699-CL

   v.                           **ORDER**

NANCY HOWTON,

      Respondent.

**PANNER, District Judge**:

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation ("R and R") [#45], and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner filed objections. Accordingly, I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the R & R is correct.

1 - ORDER

Magistrate Judge Clarke's Report and Recommendation (#45) is adopted. The amended petition (#18) is denied and this action is dismissed. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED. See 28 U.S.C. § 2253(2).

IT IS SO ORDERED.

DATED this 6 day of July, 2011.

*Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER